

2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2210
Tel: 612.977.8400 | Fax: 612.977.8650
taftlaw.com

Affirmative Action, Equal Opportunity Employer

**A. Christopher Brown**
612.977.8668
CBrown@taftlaw.com

August 27, 2024

*Efiled*

The Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> The requested extension of time to respond to the Complaint until **September 20, 2024**, is GRANTED. The parties are reminded of their deadline to meet, confer, and submit a joint letter by **September 23, 2024**. *See* Dkts. 5, 6.
>
> Dated: August 27, 2024
> New York, New York
>
> **SO ORDERED.**
>
> _____
> **JENNIFER L. ROCHON**
> **United States District Judge**

**Re:** *Wahab v. Kirby Opco, LLC*, Case No. 24-cv-5812-JLR
**Unopposed Letter Motion to Extend Time to Answer**

Dear Judge Rochon:

I write on behalf of Kirby Opco, LLC, the defendant in the above-captioned matter, to request a three-week extension of time to answer or otherwise respond to the Complaint so that the parties may attempt to negotiate a potential resolution of this matter.

The current due date for Defendant's answer is August 30, 2024, and Defendant seeks an extension of time to and including September 20, 2024 to answer or otherwise respond to the Complaint. This is Defendant's first request for an extension of time. I have conferred with counsel for Plaintiff, and Plaintiff consents to the extension of time.

Sincerely,

s/ *A. Christopher Brown*

A. Christopher Brown (#5492319)

ACB:cjs